IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| VS. | NO.  5: 05-CR-56 (WDO) |
| JAMIE LYNN WAID, | RE:  VIOLATION OF CONDITIONS OF RELEASE |
| Defendant | |

## ORDER OF REVOCATION AND DETENTION

Defendant JAMIE LYNN WAID, represented by legal counsel Mr. Charles E. Cox, Jr. of the Macon Bar, this day appeared before the undersigned for a hearing under provisions of 18 U.S.C. §3148 on a **PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE** filed by U.S. Probation Officer Tony W. Elder, Jr. on December 5, 2005.  The government was represented by Assistant U.S. Attorney Jennifer Kolman.  The defendant admitted the violations set forth in paragraph 1. of the petition.  Accordingly,

THE COURT FINDS:

(1) that the defendant Waid has violated conditions of release on or about August 29, September 19, and November 14, 2005, as evidenced by a positive urinalyses for amphetamine/methamphetamine confirmed by Scientific Testing Laboratories, Inc., as alleged in paragraph 1. of said petition;

(3) that based on the factors set forth in 18 U.S.C. §3142(g), there is no condition or combination of conditions of release that will assure that she will not pose a danger to the safety of the community and its inhabitants by continuing to use illegal drugs, in violation of state and federal law; and,

(4) that defendant Waid is unlikely to abide by conditions of release prohibiting the use of illegal drugs and the violation of state/federal law.

**ACCORDINGLY, IT IS ORDERED AND DIRECTED** that the court's **ORDER OF RELEASE** entered July 18, 2005, be, and it is, **REVOKED**.  The defendant is ordered **DETAINED** and is hereby committed to the custody of the Attorney General of the United States or his designated representative for confinement in a corrections facility pending sentencing.  The defendant shall be afforded reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

SO ORDERED, this 21st day of DECEMBER, 2005.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE